UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                                    **ORDER**

BRYANT BROWN,

                                           **20-CR-12 (PAE)**

       Defendant.

------------------------------------------------------X

Upon the application of defendant's counsel:

WHEREAS defendant BRYANT BROWN is detained pretrial by the United States Marshals Service at the Metropolitan Correctional Center ("MCC"), and WHEREAS defendant is showing symptoms consistent with COVID-19, including fever, cough, and body aches,

IT IS HEREBY ORDERED that:

1. Mr. Brown be tested immediately to determine whether he has COVID-19;

2. that he be provided with the care recommended by the Centers for Disease Control and Prevention ("CDC") for suspected and confirmed COVID-19 cases: specifically, that he be kept warm and hydrated, and that he be given over-the-counter medications for symptom relief; and

3. that, consistent with CDC recommendations, he be taken to a hospital immediately if he develops trouble breathing, persistent pain or pressure in the chest, confusion, or bluish lips and face.

In order to ensure that Mr. Brown is receiving adequate care, IT IS FURTHER ORDERED that:

1. MCC and/or the Marshals Service provide daily updates on Mr. Brown's condition and treatment to the Court and to counsel, and
2. MCC and/or the Marshals Service provide Mr. Brown with legal calls to counsel at least twice per week.

The Clerk of Court is respectfully directed to terminate the motion at docket 9.

DATED: New York, New York
March 31, 2020

SO ORDERED:

_____
HONORABLE PAUL A. ENGELMAYER
United States District Judge
Southern District of New York