

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2020

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:   *United States v. Bryant Brown*, 20 Cr. 12 (PAE)

Dear Judge Engelmayer:

      We write to inform the Court and defense counsel that the Government will not seek the death penalty against Bryant Brown in connection with the murder of Albendris Nunez.

      Additionally, during a conference held on January 30, 2020, the next conference in this matter was set for April 17, 2020 and time was excluded pursuant to the Speedy Trial Act until that date. This conference has since been adjourned to May 21, 2020 at 11:30 AM. The Government respectfully requests, with the consent of the defendant, that the Court exclude time from today until the next status conference on May, 21 2020. The exclusion of time will allow defense counsel time to review discovery. The parties submit that the end of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      Respectfully submitted,

      GEOFRREY S. BERMAN
      United States Attorney

By:   /s/_____
      Jamie Bagliebter
      Mollie Bracewell
      Assistant United States Attorney
      (212) 637-2236 / 2218

cc:   Clay Kaminsky, Esq. (via ECF)
      Florian Miedel, Esq. (via ECF)

GRANTED. Time is excluded until May 21, 2020. to enable the defense to review discovery and to enable defense counsel and the defendant, in a period when the public health crisis has limited counsel's access to incarcerated defendants, to meaningfully confer about the direction of this case. The Clerk of Court is requested to terminate the motion at Dkt. No. 14.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

April 3, 2020