**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 15, 2020

**BY ECF AND EMAIL**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Bryant Brown,
            20 Cr. 12 (PAE)**

Dear Judge Engelmayer:

      I write on behalf of both parties to request adjournment of the May 21 conference in this matter and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice. I make this request in light of the coronavirus pandemic, which has disrupted our work and made it particularly difficult to review discovery together with Mr. Brown. We are consequently not ready to report on motions at this time.

      The parties propose adjourning this conference by approximately 60 days, to the week of July 13 or later.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

cc:  AUSAs Jamie Bagliebter and Mary Bracewell

**GRANTED.** The conference is adjourned to July 14, 2020 at 10:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 16.

SO ORDERED.   5/15/2020

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge