**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 11, 2020

**BY ECF AND EMAIL**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   **United States v. Bryant Brown,**
           **20 Cr. 12 (PAE)**

Dear Judge Engelmayer:

    I write on behalf of both parties to request that the Court adjourn the September 17, 2020 conference to the week of September 28 and exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice. Rescheduling this conference will allow MCC to arrange for Mr. Brown to participate remotely.

    Respectfully submitted,

    /s/ Clay H. Kaminsky
    Clay H. Kaminsky
    Assistant Federal Defender
    Federal Defenders of New York
    (212) 417-8749 / (646) 842-2622

cc:    AUSAs Jamie Bagliebter and Mary Bracewell

**GRANTED.** The Court will request that a conference be scheduled the week of September 28, 2020 and will notify the parties via order once said conference has been scheduled by the Clerk's Office. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until October 2, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 19.

9/11/2020

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge