UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 20-CR-12 (PAE)
:
BRYANT BROWN, : SCHEDULING ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **October 2, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: September 24, 2020
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge