**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2020

**BY ECF AND EMAIL**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    United States v. Bryant Brown,
            20 Cr. 12 (PAE)

Dear Judge Engelmayer:

     I write with the consent of the government to request that the Court adjourn the November 6, 2020 conference until after Thanksgiving because we continue to await the resolution of United States v. McCoy, 17-3515, by the Second Circuit. The government requests, with our consent, that the Court exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

                                          Respectfully submitted,

                                          /s/ Clay H. Kaminsky
                                          Clay H. Kaminsky
                                          Assistant Federal Defender
                                          Federal Defenders of New York
                                          (212) 417-8749 / (646) 842-2622

cc:    AUSAs Jamie Bagliebter and Mary Bracewell

     **GRANTED.** The conference is adjourned to December 4, 2020 at 12:00 p.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until December 4, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 26.

                                          11/5/2020
              SO ORDERED.

                              *Paul A. Engelmayer*
                              PAUL A. ENGELMAYER
                              United States District Judge