UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,                :

      -v-                                   :          20-CR-12-01 (PAE)

BRYANT BROWN,                             :          <u>SCHEDULING ORDER</u>

                Defendant.             :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **December 4, 2020** at **12**:00 **p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                                      PAUL A. ENGELMAYER
                                                      United States District Judge