```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
           -v-                                                    :     20-CR-12 (PAE)
                                                                  :
BRYANT BROWN, and,                                                :     SCHEDULING ORDER
ISAIAH CRUZ,                                                      :
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **January 27, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: January 20, 2021
       New York, New York

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge