UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,            :

                                :

         -v-                      :              20-CR-12 (PAE)

                                :

BRYANY BROWN, and,             :            SCHEDULING ORDER
ISAIAH CRUZ,                       :

                                :

                 Defendants.       :

                                :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **March 8, 2021** at **9:00 a.m.**
The parties are to consult the Court's Emergency Individual Rules and Practices in Light of
COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the
conference, the parties should call 888-363-4749 and use access code 468-4906.

Counsel are advised that at the March 8, 2021 conference, the Court intends to inquire of
counsel as to considerations bearing on the trial in this case.  These include (1) whether the
Government, having withdrawn its opposition to defendant Brown's motion to suppress, intends
to pursue the charge in the Indictment against Brown as to the 2017 Hobbs Act robbery; (2)
whether eyewitness identification evidence as to defendant Cruz, as to which there was no
motion to suppress filed, will be offered at trial; (3) whether the parties presently expect both
defendants, one, or neither to proceed to trial; and (4) the timing of a motion to sever, if any.

       SO ORDERED.

                           _____

Dated: March 3, 2021               PAUL A. ENGELMAYER
       New York, New York         United States District Judge