UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BRYANT BROWN and
ISAIAH CRUZ,

Defendants.

20 Cr. 12 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following

schedule:

- Any motions to sever shall be filed by **March 22, 2021**.

- Responses to any such motions shall be filed by **March 31, 2021**.

- A next conference in this case is schedule for **April 12, 2021 at 10:00 a.m.**

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **April 12, 2021**.

- Trial in this case remains scheduled for **June 14, 2021**. *See* Dkt. 50.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 8, 2021
New York, New York