UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :    20-CR-12 (PAE)
                                                                        :
BRYANT BROWN, and.                                                      :    SCHEDULING ORDER
ISAIAH CRUZ,                                                            :
                                                                        :
                                                                        :
                    Defendants.                                         :
                                                                        X
------------------------------------------------------------------------
PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **April 12, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: April 7, 2021
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge