UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,       :

        -v-                          :         20-CR-12-01 (PAE)

BRYANT BROWN,                   :         <u>SCHEDULING ORDER</u>

                 Defendant.       :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **April 21, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: April 14, 2021
       New York, New York

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge