**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 14, 2021

**BY ECF AND EMAIL**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   **United States v. Bryant Brown,
          20 Cr. 12 (PAE)**

Dear Judge Engelmayer:

    Mr. Bryant requests that undersigned counsel be relieved and that substitute counsel be appointed for him. The attorney-client relationship has broken down, and the appointment of substitute counsel is necessary to protect Mr. Brown's Sixth Amendment right to the effective assistance of counsel in this serious matter.

                        Respectfully submitted,

                        /s/ Clay H. Kaminsky
                        Clay H. Kaminsky
                        Assistant Federal Defender
                        Federal Defenders of New York
                        (212) 417-8749 / (646) 842-2622

                        Florian Miedel
                        Miedel & Mysliwiec, LLP
                        80 Broad Street Suite 1900
                        New York, NY 10004
                        212-616-3042

cc:    counsel of record