UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BRYANT BROWN,

Defendant.

20-CR-12-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A telephonic pretrial conference has been scheduled in this case for Wednesday, April 21, 2021, at 12:00 p.m.  The Court has just been notified that, regrettably, due to urgent electrical repairs at the MCC, tomorrow's call will not be able to include defendant Bryant Brown.

To assure the forward progress of this case, the conference at noon tomorrow will go forward as scheduled, with counsel only, including Jesse Siegel, Esq., the CJA duty attorney whom the Court expects to assist Mr. Brown in connection with the request he is reportedly considering as to a potential substitution of counsel.  In light of the absence from the call of Mr. Brown, the business covered on the call will, of necessity, be limited.  To access this call, the parties should use the following dial in information: 888-363-4749, access code: 468-4906.

The conference with counsel and defendant Brown has been rescheduled for Monday, **April 26, 2021**, at **12:00 p.m.**  Counsel are instructed to keep that time available.  The Court is also working with authorities at the MCC to arrange, if possible, for the call with counsel and defendant Brown to be expedited to the afternoon of Thursday, April 22, 2021.  The Court's staff will be in touch with counsel when and if arrangements for a Thursday conference are finalized.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2021
       New York, New York