UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                      :
:
    -v-                                                                          :     20-CR-12-01 (PAE)
:
BRYANT BROWN,                                                         :     SCHEDULING ORDER
:
:
                    Defendant.               :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **April 26, 2021** at **12:30 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                                                      *Paul A. Engelmayer*

Dated:  April 21, 2021                                     PAUL A. ENGELMAYER
        New York, New York                       United States District Judge