UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BRYANT BROWN,

Defendant.

---

20-CR-12-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court appointed Jesse M. Siegel, Esq., as counsel to defendant Bryant Brown, and specifically to counsel Mr. Brown with respect to the representation issues that have recently arisen.  The Court also excluded time, pursuant to 18 U.S.C. § 3161(h)(7)(A), until April 26, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2021
     New York, New York