```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
            -v-                                         :     20-CR-12-01 (PAE)
                                                        :
BRYANT BROWN,                                           :     SCHEDULING ORDER
                                                        :
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for today **April 22, 2021** at **2:00 p.m.**, this conference is in addition to the conference scheduled for Monday, April 26, 2021. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: April 22, 2021
       New York, New York