UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BRYANT BROWN,

Defendant.

20-CR-12-01 (PAE)

ORDER ON MOTIONS

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Clerk of Court is requested

to terminate the motions at Dkt. Nos. 60 & 61.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 22, 2021
        New York, New York