LAW OFFICE OF
### JESSE M. SIEGEL
299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

April 29, 2021

**BY ECF**

Hon. Paul A. Engelmayer, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re: *United States v. Bryant Brown,* S2 20 Cr. 12 (PAE).

Dear Judge Engelmayer:

    Mr. Brown has decided to withdraw his request for change of counsel and remain with his current attorneys. He also intends to accept the government's plea offer. Counsel has informed the government, and the parties will be in touch with the Court shortly to schedule a change of plea hearing.

    I ask that the Court relieve me as counsel to Mr. Brown after he enters his guilty plea.

    Thank you for your attention.

                              Very truly yours,

                              /s/
                              Jesse M. Siegel