```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :
UNITED STATES OF AMERICA,                            :
                                                     :
            -v-                                      :     20-CR-12-01 (PAE)
                                                     :
BRYANT BROWN,                                        :     SCHEDULING ORDER
                                                     :
                        Defendant.                   :
                                                     :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules change of plea hearing in this case for **May 6, 2021** at **11:00 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: April 29, 2021
      New York, New York

                                  PAUL A. ENGELMAYER
                                  United States District Judge