LAW OFFICE OF
# JESSE M. SIEGEL

(Tel) 212-207-9009     299 Broadway, Suite 800
(Fax) 212-732-1339     New York, New York 10007     JesseMSiegel@aol.com

May 3, 2021

**BY ECF**

Hon. Paul A. Engelmayer, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

         Re: *United States v. Bryant Brown,* S2 20 Cr. 12 (PAE).

Dear Judge Engelmayer:

    The Court appointed me to consult with Bryant Brown regarding his request for new counsel. On April 29th, I informed the Court that Mr. Brown had decided to remain represented by his current counsel and accept the plea offer made by the government, and asked to be relieved once he had entered a guilty plea. The Court has scheduled a change of plea hearing for May 6th, at 11:00 a.m.

    I request that I be permitted to appear at the conference by telephone. I have a long-scheduled medical test that morning which would be impossible to re-schedule before a doctor's appointment next week, for which the results are needed. While it will be finished before the conference, I would not be able to make it to court by 11:00. Current counsel will be handling the change of plea.

    Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 81.

SO ORDERED.     5/3/2021

_____
PAUL A. ENGELMAYER
United States District Judge