UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                           :
:
        -v-                                  :      20-CR-12-01 (PAE)
:
BRYANT BROWN,                                       :      <u>SCHEDULING ORDER</u>
:
                 Defendant.                :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      It is hereby ORDERED that sentencing in this matter, presently scheduled for **October 5, 2021**, is RESCHEDULED to **October 4, 2021,** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

      SO ORDERED.

Dated: September 27, 2021
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge