UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                    :
:
    -v-                                                                    :      20-CR-12-01 (PAE)
:
BRYANT BROWN,                                                      :      SCHEDULING ORDER
:
                          Defendant(s).                        :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

        Due to an exposure to COVID-19 within the Court's staff, it is hereby ORDERED that sentencing in this matter, presently scheduled for **October 4, 2021**, is RESCHEDULED to **October 15, 2021**, at **2:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

        The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

        SO ORDERED.

Dated: October 1, 2021
       New York, New York

                                                      PAUL A. ENGELMAYER
                                                      United States District Judge