UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                       :       20-CR-12-01 (PAE)
                                                                  :
BRYANT BROWN,                                                     :       <u>SCHEDULING ORDER</u>
                                                                  :
                Defendant.                                :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules sentencing in this case for **October 15, 2021** at **2:30 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: October 6, 2021
       New York, New York

                                                         PAUL A. ENGELMAYER
                                                          United States District Judge